**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAFAEL DIAZ-RODRIGUEZ, *Petitioner*, v. MERRICK B. GARLAND, Attorney General, *Respondent.* | No. 13-73719 Agency No. A093-193-920 ORDER |

Filed April 1, 2022

## ORDER

MURGUIA, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.