UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RAFAEL DIAZ-RODRIGUEZ,

Petitioner,

v.

PAMELA BONDI, Attorney General,

Respondent.

No.    13-73719

Agency No. A093-193-920

ORDER

The unopposed motion (Docket Entry No. 129) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT